```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12484
    YOLANDA A FARRIOR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5816


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/02/2006 and was confirmed 01/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  53.21%.

     The case was dismissed after confirmation 04/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG    12730.50            .00         12730.50
BANK OF NEW YORK           MORTGAGE ARRE     7211.28            .00          7211.28
COUNTRYWIDE HOME LOANS     NOTICE ONLY      NOT FILED           .00               .00
CENTRIX FINANCIAL LLC      SECURED VEHIC     8980.00         737.50          4409.01
CENTRIX FINANCIAL LLC      UNSECURED         8116.07            .00           337.72
CITIZENS FINANCE CO        SECURED            500.00            .00           270.00
CITIZENS FINANCE CO        UNSECURED          143.31            .00               .00
CITY OF CHICAGO WATER DE   SECURED            479.42            .00           270.00
PRIME ACCEPTANCE           SECURED           1000.00            .00           540.00
PRIME ACCEPTANCE           UNSECURED         1178.43            .00            40.47
CAPITAL ONE                UNSECURED          281.00            .00               .00
CHASE BANK USA             UNSECURED        NOT FILED           .00               .00
CITY OF CHICAGO            UNSECURED        NOT FILED           .00               .00
CITY OF CHICAGO PARKING    UNSECURED         1540.00            .00            52.88
CITY OF CHICAGO DEPT REV   NOTICE ONLY      NOT FILED           .00               .00
DIRECT LOAN SERVICING CE   UNSECURED        NOT FILED           .00               .00
GINNYS                     UNSECURED          246.86            .00               .00
HSBC BANK NEVADA/HSBC CA   UNSECURED          393.35            .00            16.37
ECAST SETTLEMENT CORP      NOTICE ONLY      NOT FILED           .00               .00
IL DEPT OF HUMAN SERV CO   UNSECURED        NOT FILED           .00               .00
NATIONAL QUICK CASH        UNSECURED        NOT FILED           .00               .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED           .00               .00
PREMIER BANKCARD           UNSECURED          335.26            .00               .00
SEVENTH AVENUE             UNSECURED          659.41            .00            22.64
TIMOTHY K LIOU             DEBTOR ATTY       2,109.20                        2,109.20
TOM VAUGHN                 TRUSTEE                                           1,945.72
DEBTOR REFUND              REFUND                                            1,733.90

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 12484 YOLANDA A FARRIOR

```
TRUSTEE                              32,427.19

PRIORITY                                                          .00
SECURED                                                     25,430.79
    INTEREST                                                  737.50
UNSECURED                                                      470.08
ADMINISTRATIVE                                               2,109.20
TRUSTEE COMPENSATION                                         1,945.72
DEBTOR REFUND                                                1,733.90
                                 ----------------    ----------------
TOTALS                              32,427.19              32,427.19
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 07/24/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 06 B 12484 YOLANDA A FARRIOR